UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DESIREE NICHOLS | CIVIL DOCKET NO. 6:22-CV-06027 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DONALD VIGEANT, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 13] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that the MOTION TO REMAND [Doc. 6] filed by Plaintiff, Desiree Nichols is DENIED.

THUS, DONE AND SIGNED in Chambers on this 3rd day of May 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT