UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DESIREE NICHOLS | CIVIL DOCKET NO. 6:22-CV-06027 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DONALD VIGEANT ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for REPORT AND RECOMMENDATION [Doc. 17]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION FOR PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. PROC. 12(B)(6) [Doc. 15] is GRANTED.

THUS, DONE AND SIGNED in Chambers on this 31st day of July, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT